# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUZ GARCIA, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY
SITUATED,

        Plaintiffs,

-vs-                                    Case No. 6:08-cv-1571-Orl-28DAB

SUNKEY BUILDING MAINTENANCE
SERVICES, INC., NELLIE LOUDIN,

        Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 19) filed January 23, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 13, 2009 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 19) is **GRANTED** to the extent that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of April, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party